(9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| In re:<br>    HARRY GORDON LEA JR<br>    SHERRELL DENISE LEA<br>        Debtor(s)<br>SSN(1) XXX-XX-2923   SSN(2) XXX-XX-3548 | Case No. 15-11286<br>Judge Benjamin A. Kahn |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Anita Jo Kinlaw Troxler, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/25/2015.

2) The plan was confirmed on 02/11/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/23/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/29/2016, 02/02/2017.

5) The case was dismissed on 02/06/2017.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,634.84 |
| Less amount refunded to debtor | $461.53 |

**NET RECEIPTS:** $24,173.31

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,629.82 |
| Other | $99.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,428.82

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALAMANCE CO CHILD SUPPORT ENF | Priority | 710.73 | 710.73 | 710.73 | 710.73 | 0.00 |
| ALAMANCE COUNTY TAX | Priority | NA | NA | NA | 0.00 | 0.00 |
| ALAMANCE REGIONAL MEDICAL CT | Unsecured | 800.57 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,606.42 | 1,620.79 | 1,620.79 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 1,510.17 | 1,510.17 | 1,510.17 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 785.60 | 786.83 | 786.83 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 1,459.85 | 1,474.34 | 1,474.34 | 0.00 | 0.00 |
| CONE HEALTH | Unsecured | 3,654.67 | NA | NA | 0.00 | 0.00 |
| CONE HEALTH | Unsecured | 637.93 | NA | NA | 0.00 | 0.00 |
| DELL | Unsecured | 2,979.43 | NA | NA | 0.00 | 0.00 |
| EMPLOYMENT SECURITY COMMISS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIRST POINT RESOURCES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| GREENSBORO RADIOLOGY | Unsecured | 95.01 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 18,246.59 | 14,461.47 | 14,461.47 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 7,112.00 | 6,248.46 | 6,248.46 | 4,958.76 | 0.00 |
| KAY JEWELERS | Secured | 780.98 | NA | NA | 0.00 | 0.00 |
| KERNODLE CLINIC | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,671.73 | 1,671.73 | 0.00 | 0.00 |
| N C DEPARTMENT OF REVENUE | Unsecured | 1,313.64 | NA | NA | 0.00 | 0.00 |
| N C DEPARTMENT OF REVENUE | Unsecured | NA | 18,666.17 | 18,666.17 | 0.00 | 0.00 |
| N C DEPARTMENT OF REVENUE | Priority | 753.00 | 785.67 | 785.67 | 608.64 | 0.00 |
| NATIONAL FINANCE COMPANY INC | Unsecured | NA | 1,571.27 | 1,571.27 | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | 125,842.13 | 135,783.28 | 0.00 | 10,782.68 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | NA | 15,966.68 | 16,266.68 | 1,683.68 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 633.05 | 613.23 | 613.23 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | NA | 8,064.74 | 8,064.74 | 0.00 | 0.00 |
| US DEPARTMENT OF HUD | Secured | NA | 553.14 | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $10,782.68 | $0.00 |
| Mortgage Arrearage | $16,266.68 | $1,683.68 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,266.68** | **$12,466.36** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $710.73 | $710.73 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,034.13 | $5,567.40 | $0.00 |
| **TOTAL PRIORITY:** | **$7,744.86** | **$6,278.13** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$50,440.74** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,428.82 |
| Disbursements to Creditors | $18,744.49 |
| **TOTAL DISBURSEMENTS :** | **$24,173.31** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/06/2017  By: /s/ Anita Jo Kinlaw Troxler
                                                          Trustee

xc   HARRY GORDON LEA JR
     SHERRELL DENISE LEA
     U.S. BANKRUPTCY ADMIN
     SHERRI LYNN HAMLETT ESQ
     P O DRAWER 59
     BURLINGTON, NC 27216

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.